**Marck B. JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41846.**

Missouri Court of Appeals, Western District.

Dec. 5, 1989.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM:

From denial of a Rule 24.035 motion, without evidentiary hearing, the movant appeals alleging ineffective assistance of counsel regarding the plea of guilty. Affirmed. Rule 84.16(b).

**Russell E. CORKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41820.**

Missouri Court of Appeals, Western District.

Dec. 5, 1989.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).